UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 15-32522
         )
         )
         )   Chapter: 13
Jason Merkel   )   Honorable Bruce W. Black
& Jodi Merkel   )
         )   Joliet
Debtor(s)   )

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Ford Motor Credit Company LLC and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit Ford Motor Credit Company LLC to take possession of and foreclose its security interest in a certain 2014 Ford Flex, VIN 2FMGK5C86EBD10968.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  January 08, 2016

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell LLP
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Attorney for Ford Motor Credit Company LLC